# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN LINKO,** : | No. 3:15cv2066 |
|     Plaintiff : | |
| : | (Judge Munley) |
| **v.** : | |
| : | |
| **NATIONWIDE PROPERTY &** : | |
| **CASUALTY INSURANCE,** : | |
|     Defendant : | |

## ORDER

**AND NOW**, to wit, this 18th day of April 2016, it is hereby **ORDERED** that Defendant Nationwide Property and Casualty Insurance's motion to dismiss Count II, Bad Faith, (Doc. 5) is **DENIED**. Defendant is further **ORDERED** to answer plaintiff's complaint within fourteen (14) days from the date of this order.

                            **BY THE COURT:**

                            **s/ James M. Munley**
                            **JUDGE JAMES M. MUNLEY**
                            **United States District Court**